1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   VASCO ESPINOZA,                      )   Case No. 2:10-CV-03213 JAM-GGH
                                          )
12                     Plaintiff,         )
                                          )
13        v.                              )
                                          )
14   PATRICK A. CORVINGTON, Chief         )
     Executive Officer; and              )
15   CORPORATION FOR NATIONAL AND         )
     COMMUNITY SERVICE,                   )
16                                        )
                       Defendants.        )   RELATED CASE ORDER
17   LORRAINE FRIAS,                      )
                                          )
18                     Plaintiff,         )
                                          )   Case No. 2:11-CV-02178 JAM-GGH
19        v.                              )
                                          )
20   PATRICK A. CORVINGTON, Chief         )
     Executive Officer; and              )
21   CORPORATION FOR NATIONAL AND         )
     COMMUNITY SERVICE,                   )
22                                        )
                       Defendants.        )
23

24        Examination of the above-entitled actions reveals that these

25   actions are related within the meaning of Local Rule 123 (E.D. Cal.

26   2005).  Accordingly, the assignment of the matters to the same

27   judge is likely to affect a substantial savings of judicial effort

28   and is also likely to be convenient for the parties.

1

1

2          The parties should be aware that relating the cases under

3    Local Rule 123 merely has the result that these actions are

4    assigned to the same judge; no consolidation of the actions is

5    effected.  Under the regular practice of this court, related cases

6    are generally assigned to the judge to whom the first filed action

7    was assigned.

8          IT IS THEREFORE ORDERED that these actions are related.

9    Because both cases are already assigned to this Court, the captions

10   shall remain the same.

11         IT IS SO ORDERED.

12   Dated: November 30, 2011.

13                                    /s/ John A. Mendez_____

14                                    U. S. DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com