UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASCO ESPINOZA,<br><br>              Plaintiff,<br><br>     v.<br><br>PATRICK A. CORVINGTON, Chief Executive Officer; and CORPORATION FOR NATIONAL AND COMMUNITY SERVICE,<br><br>              Defendants. | Case No. 2:10-CV-03213 JAM-GGH<br><br><br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| LORRAINE FRIAS,<br><br>              Plaintiff,<br><br>     v.<br><br>PATRICK A. CORVINGTON, Chief Executive Officer; and CORPORATION FOR NATIONAL AND COMMUNITY SERVICE,<br><br>              Defendants. | Case No. 2:11-CV-02178 JAM-GGH |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

PDF created with pdfFactory trial version www.pdffactory.com

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that these actions are related. Because both cases are already assigned to this Court, the captions shall remain the same.

    IT IS SO ORDERED.

Dated: November 30, 2011.

                                             /s/ John A. Mendez_____
                                             U. S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com