Bradley S. Thomas (SBN 78946)
**MASON • THOMAS**
Attorneys at Law
2840 Fifth Street
Davis, CA 95618-7759
Telephone:   (530) 757-0883
Facsimile:   (530) 757-0895
E-mail:   Brad@masonthomas.com

Attorneys for Plaintiff
**LORRAINE FRIAS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LORRAINE FRIAS,<br><br>             Plaintiff,<br><br>     vs.<br><br>PATRICK A. CORVINGTON, CHIEF EXECUTIVE OFFICER, CORPORATION FOR NATIONAL AND COMMUNITY SERVICE and DOES 1 through 50, inclusive,<br><br>             Defendants.<br>_____/ | CASE NO.:  2:11-cv-02178-JAM-GGH<br><br>ORDER DENYING MOTION TO DISMISS RACE DISCRIMINATION CLAIM IN FIRST AMENDED COMPLAINT<br><br><br>Trial Date:        Not Yet Assigned<br><br>Complaint Filed:  08/16/2011 |

   The defense motion to dismiss plaintiff's first amended complaint came on for hearing on May 16, 2012 before the Honorable John A. Mendez.  Plaintiff was represented by Bradley S. Thomas of the law firm Mason • Thomas; defendant was represented by Lynn Trinka Ernce of the United States Attorney's Office.  The Court having considered the parties' papers filed in support and in opposition, and having heard oral arguments and for reasons stated on the record,

   The defendant's motion to dismiss plaintiff's claim for race discrimination contained in her first amended complaint is DENIED.

---

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant shall file a response within 20 days.  Plaintiff is to file an order within
2  10 days.
3
4  DATED: 5/25/2012
5                                               /s/ John A. Mendez
6                                               Honorable John A. Mendez
7                                               Judge of the United States District Court
8
9
10 APPROVED AS TO FORM AND CONTENT:
11   /s/ Lynn Trnka Ernce          5/25/2012
   _____
12 Lynn Trinka Ernce                Date
   Attorneys for Defendant
13 PATRICK A. CORVINGTON
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

FRIAS v. CORVINGTON, et al. ……………….. ORDER DENYING MTN TO DISMISS RACE DISCRIMINATION CLAIM IN FAC
USDC EDCA CASE #2:11-02178-JAM-GGH ………………………………………………………………………………. Page 2 of 2

PDF created with pdfFactory trial version www.pdffactory.com