BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FRIAS,<br><br>    Plaintiff,<br><br>    v.<br><br>WENDY SPENCER,<br><br>    Defendant. | Case No.  2:11-cv-02178 JAM CMK<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION**<br><br>[Fed. R. Civ. P. 35] |

The parties stipulate that plaintiff will submit to an independent medical examination by Robert F. Asarnow, Ph.D., on May 13, 2013, beginning at 9:00 a.m., at a Sacramento location to be determined.

DATED:  March 18, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                         By:    */s/ Lynn Trinka Ernce*
                                LYNN TRINKA ERNCE
                                Assistant United States Attorney


DATED:  March 19, 2013         MASON & THOMAS

                         By:    */s/ Bradley S. Thomas*
                                BRADLEY S. THOMAS
                                Attorney for Plaintiff

**IT IS SO ORDERED.**

IME STIPULATION (FRIAS)

1
2  Date:  3/22/2013
3
4  _____
   **CRAIG M. KELLISON**
5  UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IME STIPULATION (FRIAS)