BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE FRIAS,<br><br>  Plaintiff,<br><br>  v.<br><br>WENDY SPENCER,<br><br>  Defendant. | Case No. 2:11-cv-02178 JAM CMK<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION**<br><br>**[Fed. R. Civ. P. 35]** |

The parties stipulate that plaintiff will submit to an independent medical examination by Robert F. Asarnow, Ph.D., on May 13, 2013, beginning at 9:00 a.m., at a Sacramento location to be determined.

DATED: March 18, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                       By:     */s/ Lynn Trinka Ernce*
                               LYNN TRINKA ERNCE
                               Assistant United States Attorney


DATED: March 19, 2013          MASON & THOMAS

                       By:     */s/ Bradley S. Thomas*
                               BRADLEY S. THOMAS
                               Attorney for Plaintiff

**IT IS SO ORDERED.**

IME STIPULATION (FRIAS)

Date:  3/22/2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE